■ In the Matter of MARY CONSTANTINE, Petitioner, v BARBARA BLUM, as Commissioner of the New York State Department of Social Services, et al., Respondents.—Proceeding pursuant to CPLR article 78 to review a determination of the respondent State commissioner, dated January 12, 1979 and made after a statutory fair hearing, which affirmed a determination of the local agency which ordered the reduction of petitioner's assistance, to recover certain overpayments of assistance. Petition granted, determination annulled, on the law, without costs or disbursements, and respondents are directed to return to petitioner any moneys already recouped pursuant to the January 12, 1979 determination. We find that there is insufficient evidence in the record as a whole to support the determination that petitioner willfully withheld information from the local agency regarding the receipt of income from unemployment insurance benefits and from employment (cf. *Matter of De Pietto v Toia,* 67 AD2d 663). Lazer, J. P., Mangano, Gibbons and Cohalan, JJ., concur.

■ In the Matter of EUGENE GAFFNEY et al., Petitioners, v DEPARTMENT OF STATE OF THE STATE OF NEW YORK, Respondent.—Proceeding pursuant to CPLR article 78 to review a determination of the Secretary of State, dated April 3, 1978 and made after a hearing, which found that petitioners had demonstrated untrustworthiness and suspended the license of petitioner Gaffney for a period of three months. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. The individual petitioner was properly served with notice of the charge against him pursuant to section 441-e of the Real Property Law, which provides for service of a notice of hearing by personal delivery or "by mailing same by registered mail to the last known business address" of the licensee. Nor can he successfully complain of a lack of "apodictic specification". Furthermore, the complaint is clear and certain in its specification of the charge of "untrustworthiness" and the basis therefor. Lazer, J. P., Mangano, Gibbons and Cohalan, JJ., concur.